In the United States Court
for the Southern District of Texas
Houston Division

File Number 4:14-cv-03292

| | | |
|---|---|---|
| Wren Thomas | § | |
| | § | |
| v. | § | **Notice of Appeal** |
| | § | |
| Chevron USA Inc. | § | |

Notice is hereby given that Captain Wren Thomas, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on July 29, 2015. Thomas brings his appeal against the defendant Chevron USA Inc. only, and not Edison Chouest Offshore, LLC who had previously been named as a defendant.

Respectfully submitted,

**VB Attorneys**

/s/ *Brian Beckcom*
_____

**Brian Beckcom** (lead attorney)
Fed. No. 24318, Tx No. 24012268
**Kenneth B. Fenelon, Jr.**
Fed. No. 1010788, Tx No. 24059741
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713.224.7800
713.224.7801 fax

**Attorneys for Wren Thomas**

## Certificate of Service

The undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been electronically served upon all counsel of record via email through the Court's electronic filing system on this 28th day of August, 2015.

/s/ *Brian Beckcom*

_____

**BRIAN BECKCOM**